IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ISAAM ISAAC, | ) | CV 16-00507 DKW-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| ARI DANIELS; JERRY KMIEC | ) | RECOMMENDATION |
| AND DOE DEFENDANTS 3-10, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 30, 2018 and served on all parties on April 02, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default

//

//

Judgment Against Defendant Ari Daniels as to Count I of the First Amended Complaint" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 20, 2018 at Honolulu, Hawai'i.



       /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Isaam Isaac v. Ari Daniels, et al.;* Civil No. 16-00507 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**